970

No. 730, Misc. GRAEBER v. WASHINGTON ET AL. Supreme Court of Washington. Certiorari denied.

No. 732, Misc. SIMEONE v. TEETS, WARDEN. Supreme Court of California. Certiorari denied.

No. 737, Misc. JOHNSON v. ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 738, Misc. PULLEY v. NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied.

No. 743, Misc. ROGERS v. MARTIN, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 750, Misc. MARSHALL v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 752, Misc. TURNER v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied. *John S. Wrinkle* for petitioner. *Solicitor General Soboloff* for the United States et al., respondents.

No. 757, Misc. MORRIS v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 758, Misc. HORN v. PASCOE ET AL. C. A. 6th Cir. Certiorari denied.

No. 759, Misc. MANARO v. ROSENBERG ET AL. C. A. 7th Cir. Certiorari denied.

No. 762, Misc. CAPANO v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.